UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
OMAR MINUS, :
:
:
Plaintiff, :
: 17-CV-4623 (JMF)
-v- :
: ORDER
OFFICER BRIAN BENVENUTO, SHIELD NO. 23866; :
and OFFICER JOSEPH TENNARIELLO, SHIELD NO. :
12821, :
:
:
Defendants. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Court has been advised that counsel who represented Plaintiff for the limited purpose of settlement is not available to represent Plaintiff in connection with the pending motion for summary judgment and/or trial. In light of that, Plaintiff's deadline to oppose the motion for summary judgment is hereby EXTENDED to **June 15, 2020**. Defendants shall file any reply **by June 22, 2020**. The Court will continue its efforts to locate counsel willing to take the case (and will enter an order in the event that it succeeds); unless and until the Court orders otherwise, however, Plaintiff must file his opposition by the June 15, 2020 deadline or the motion will be deemed unopposed.

Defense counsel shall mail a copy of this Order to Plaintiff and, within two days, file proof of such service. If mailing a copy of this Order would be a hardship, counsel shall advise the Court and it will mail the Order.

SO ORDERED.

Dated: May 7, 2020
New York, New York
_____
JESSE M. FURMAN
United States District Judge