## The Law Office of Carey Shenkman
347 5TH AVE SUITE 1402, NEW YORK, NY 10016
(646) 598-6972 | CAREY@CSHENKMAN.COM

February 19, 2021

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*By ECF*

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 112.

SO ORDERED.

February 22, 2021

Re:  Minus v. Benvenuto, No. 17-cv-04623, Case Management and Proposed 90 Day Adjournment of Pretrial Submissions

Dear Judge Furman,

   I am pro bono counsel for Plaintiff Omar Minus in this matter. On June 15, 2020, I entered a limited appearance for the purposes of summary judgment pleadings and settlement discussions. On December 23, 2020 the Court ruled on summary judgment, and suggested the parties attempt again to settle the matter. I have advised Mr. Minus of the Court's order.
   I have since conferred with Mr. Khairy, who represents Defendant Officers Brian Benvenuto and Joseph Tennariello. Although the parties have continued to discuss the possibility of settlement, it remains the case that the parties' positions do not align. Mr. Minus' position remains that he strongly wishes to take the case forward to trial.
   Per my original appearance, my practice unfortunately does not have capacity to take the case through trial. I have spoken with the pro bono office regarding the availability of pro bono counsel with the ability to take the case to trial. Given the demand for many firms to provide associates with trial experience, I hope and suspect there may be counsel able to do so.
   It would appear in the interests of efficiency, and under the circumstances with COVID-19 limiting trials, that the deadline for pretrial submissions be adjourned to provide time for new counsel to be obtained, review the matter, and confer with Mr. Khairy regarding the Joint Pretrial Order.
   I have conferred with Mr. Khairy and we would suggest adjourning the Joint Pretrial Order deadline for ninety days to May 24, 2021.

                                        Respectfully submitted,

                                             /s/ Carey Shenkman

cc:  Mostafa Khairy
     *Counsel for Defendants*