UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
OMAR MINUS,                                                              :
:
                  Plaintiff,                              :        17-CV-4623 (JMF)
:
      -v-                                                              :
:
                                              :        ORDER
OFFICER BRIAN BENVENUTO, SHIELD NO. 23866;  :
and OFFICER JOSEPH TENNARIELLO, SHIELD NO.   :
12821,                                                                   :
:
                  Defendants.                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Due to the COVID-19 pandemic, this District is able to hold only a few jury trials at any given time; thus, trial dates are being assigned through to a centralized system (which gives priority to criminal cases over civil cases such as this one).  In light of that, the earliest date this case could be tried is in the first quarter of 2022.  Separate and apart from that, the undersigned is presiding over several felony criminal trials scheduled for the first quarter of 2022, which would take precedence over trial in this case — further limiting available trial dates that quarter.

      Assuming that the centralized system remains in place for 2022, trial dates are likely to be assigned in mid- to late November.  Accordingly, the parties are hereby ORDERED to file separate letters no later than **November 1, 2021**, indicating any dates during the first quarter of 2022 (that is, between January 1, 2022, and March 31, 2022), when they or their witnesses will be **unavailable** for trial.  The Court will then request a trial date and issue an order thereafter informing the parties whether a trial date in the first quarter of 2022 has been assigned and, if so, the date of trial.  Once a trial date is set, it will be a firm date.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated:  September 2, 2021                        _____
        New York, New York                      JESSE M. FURMAN
                                                  United States District Judge