UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
OMAR MINUS,                                                    :
:
                Plaintiff,          :     17-CV-4623 (JMF)
:
   -v-                                                       :
:          ORDER
:
OFFICER BRIAN BENVENUTO, SHIELD NO. 23866;                     :
and OFFICER JOSEPH TENNARIELLO, SHIELD NO.                     :
12821,                                                         :
:
                Defendants.         :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As the parties know, jury trials in this District are currently limited due to the COVID-19 pandemic and, thus, available courtrooms are allotted subject to a priority system. In accordance with that system, trial in this case is now scheduled to begin **the week of February 7, 2022**. That said, there are several cases ahead of this one in the trial queue for that week. If those trials proceed, this case will not be tried that week and the Court will have to set a new date. In the event that the trials slated for **the week of February 7, 2022**, go away, however, trial in this case will begin that week (on a particular day to be determined). **Accordingly, unless and until the Court says otherwise, the parties must be prepared to begin trial on any day during the week of February 7, 2022.** The Court will advise the parties in the event there is a material change in circumstances.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: December 2, 2021
       New York, New York                         JESSE M. FURMAN
                                                     United States District Judge