UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
OMAR MINUS, :
:
Plaintiff,, :
: 17-CV-4623 (JMF)
-v- :
: ORDER
:
OFFICER BRIAN BENVENUTO, SHIELD NO. 23866; :
and OFFICER JOSEPH TENNARIELLO, SHIELD NO. :
12821, :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The Clerk of Court is directed to mail a copy of this Order and the Court's January 18, 2022 Order, ECF No. 146, to Plaintiff.

    SO ORDERED.

Dated: January 19, 2022
       New York, New York

                                                JESSE M. FURMAN
                                         United States District Judge