```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                :
OMAR MINUS,                                     :
                                                :
                        Plaintiff,              :
                                                :       17-CV-4623 (JMF)
        -v-                                     :
                                                :            ORDER
OFFICER BRIAN BENVENUTO, SHIELD NO. 23866;      :
and OFFICER JOSEPH TENNARIELLO, SHIELD NO.      :
12821,                                          :
                                                :
                        Defendants.             :
                                                :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Trial in this case **will be held, beginning February 10, 2022,** in **Courtroom 26B of the Daniel Moynihan Courthouse ("DPM"), 500 Pearl Street**, New York, New York. (Note that that is *not* the undersigned's usual courthouse or courtroom.) The final pretrial conference, scheduled for **February 7, 2022**, at **10 a.m.**, will be held in **Courtroom 26B of DPM** as well.

The Court notes that Plaintiff failed to file any opposition to Defendants' motions *in limine*, which was due on January 31, 2022. *See* ECF No. 142. Accordingly, Defendants' motions are deemed unopposed. Plaintiff is warned that failure to appear at the final pretrial conference may result in dismissal of his case as abandoned and/or for failure to prosecute.

**The Clerk of Court is directed to mail a copy of this Order to Plaintiff.** If Defendants have an email address for Plaintiff, they should immediately email a copy of this Order to him and file proof of such service on ECF.

SO ORDERED.

Dated: February 3, 2022
      New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge