UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                 :

OMAR MINUS,                                    :

                                       :

                      Plaintiff,,           :

                                        :                  17-CV-4623 (JMF)

           -v-                           :

                                        :                     ORDER

OFFICER BRIAN BENVENUTO and OFFICER    :
JOSPEH TENNARIELLO,

                                        :

                      Defendants.         :

                                        :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff failed to appear at trial this morning at 9:30 a.m.  Plaintiff had been repeatedly

warned, including in person at the final pretrial conference on February 8, 2022, that "if he fails

to appear for trial…, his remaining claim *will be* dismissed for failure to prosecute and/or as

abandoned."  ECF No. 160 (emphasis added).  Accordingly, and for the reasons stated on the

record, **the case is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure**

**for failure to prosecute**.  *See, e.g.*, *Lewis v. Rawson*, 564 F.3d 569, 580 (2d Cir. 2009) ("It is

beyond dispute under our precedent that a district court may dismiss a case under Rule 41(b)

when the plaintiff refuses to go forward with a properly scheduled trial." (internal quotation

marks omitted)).  The Clerk of Court is directed close this case, to enter judgment in favor of

Defendants, and to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated:  February 10, 2022             _____
        New York, New York                JESSE M. FURMAN
                                              United States District Judge